# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB -8 P 3:00

UNITED STATES OF AMERICA )  CASE NUMBER  08mj8096
)
vs )  ABSTRACT OF ORDER
)
)  Booking No. _____
Xu Jun Lee )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  2/8/08
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ 30,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

Received _____    or
         DUSM                W. SAMUEL HAMRICK, JR. Clerk
                             by
                                              Deputy Clerk

Crim-9   (Rev 6-95)                           ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY